```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

MITCHELL P. COOK                          CIVIL ACTION

VERSUS                                    NOS: 07-8675,
                                                07-9226

TERRY TERRELL, WARDEN                     SECTION: R(1)
```

**This Order applies to Civil Action Nos. 07-8675 and 07-9226.**

### ORDER AND REASONS

Before the Court are two petitions for writs of *habeas corpus* filed by Mitchell P. Cook under 22 U.S.C. § 2254. The Court referred each petition to the Magistrate Judge for the preparation of a Report and Recommendation under 28 U.S.C. 636(b)(1)(B), (C). Cook has filed a "Memorandum Detesting Answers" (Civ. A. No. 07-9226, R. Doc. 15). It is not clear whether this document constitutes a formal objection to the Magistrate Judge's report or a reply to the state's opposition to Cook's *habeas* petition. As Cook is proceeding *pro se*, the Court treats that filing as an objection to the Magistrate Judge's

report. Having reviewed *de novo* the petitions, the applicable law, the Magistrate Judge's Reports and Recommendations, and Cook's objections, the Court finds no merit in Cook's petitions or objections and that the Magistrate Judge's Reports and Recommendations are correct. The Court hereby approves the Magistrate Judge's Reports and Recommendations and adopts them as its opinions herein.

   Accordingly, IT IS ORDERED that Cook's petitions for *habeas corpus* are DISMISSED WITH PREJUDICE.


   New Orleans, Louisiana, this 31st day of March, 2008.

                    _____
                           SARAH S. VANCE
                    UNITED STATES DISTRICT JUDGE